455 F.2d 516
 72-1 USTC P 12,833
 Lucy Gillien MILES, Plaintiff-Appellant,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 71-1142.
 United States Court of Appeals,
Sixth Circuit.
 Oct. 6, 1971.
 
 Roy A. Miles, Jr., Nashville, Tenn., for appellant on brief.
 Virginia M. Hopkinson, Atty., Tax Division, Department of Justice, Washington, D. C., Fred B. Ugast, Acting Asst. Atty. Gen., Meyer Rothwacks, Grant W. Wiprud, Attys., Tax Division, Dept. of Justice, Washington, D. C., on brief; Charles H. Anderson, U. S. Atty., Nashville, Tenn., of counsel, for appellee.
 Before PECK, McCREE, and BROOKS, Circuit Judges.
 
 ORDER.
 
 1
 Upon consideration, the appeal is affirmed for the reasons set forth in the order of the District Court, 322 F.Supp. 979.